# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re:                                  §
                                        §
FIKAC-WLODARCZYK, PEGGI L               §        Case No. 14-09137
                                        §
           Debtor(s)                    §

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

     Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Peter N. Metrou, Trustee, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

     The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

          CLERK OF THE COURT
          219 South Dearborn
          Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:00 AM on 12/19/2014 in Courtroom ,

          Joliet City Hall
          150 West Jefferson, 2nd Floor
          Joliet, IL 60432

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 11/20/2014                By: CLERK OF THE COURT


*Peter N. Metrou, Trustee*
*123 W. Washington Street*
*Suite 216*
*Oswego, IL 60543*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                                §
                                      §
FIKAC-WLODARCZYK, PEGGI L             §       Case No. 14-09137
                                      §
        Debtor(s)                     §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 7,000.00 |
| and approved disbursements of | $ | 0.00 |
| leaving a balance on hand of[1] | $ | 7,000.00 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: Peter N. Metrou, Trustee | $ 1,450.00 | $ 0.00 | $ 1,450.00 |
| Trustee Expenses: Peter N. Metrou, Trustee | $ 52.45 | $ 0.00 | $ 52.45 |

| | |
|---|---:|
| Total to be paid for chapter 7 administrative expenses | $ 1,502.45 |
| Remaining Balance | $ 5,497.55 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 9,390.14 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 58.6 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | First National Bank of Omaha | $ 858.42 | $ 0.00 | $ 502.57 |
| 000002 | Quantum3 Group LLC as agent for | $ 367.65 | $ 0.00 | $ 215.24 |
| 000003 | American InfoSource LP as agent for | $ 7,703.18 | $ 0.00 | $ 4,509.90 |
| 000004 | Capital One, N.A. | $ 460.89 | $ 0.00 | $ 269.84 |

Total to be paid to timely general unsecured creditors     $     5,497.55

Remaining Balance     $     0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/Peter N. Metrou
Trustee

*Peter N. Metrou, Trustee*
*123 W. Washington Street*
*Suite 216*
*Oswego, IL 60543*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                    Case No. 14-09137-BWB
Peggi L Fikac-Wlodarczyk                                                  Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0752-1          User: pseamann              Page 1 of 2                Date Rcvd: Nov 21, 2014
                              Form ID: pdf006             Total Noticed: 24

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 23, 2014.
db            +Peggi L Fikac-Wlodarczyk,    804 Deerpath Lane,    Elwood, IL 60421-6042
21656542      +Amex/American Express,    Po Box 3001,    16 General Warren Blvd,    Malvern, PA 19355-1245
21656543      +Bill Me Later,    PO Box 105658,    Atlanta, GA 30348-5658
21656544      +Capital 1 Bank,    Attn: Bankruptcy Dept.,    Po Box 30285,    Salt Lake City, UT 84130-0285
22028383       Capital One, N.A.,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
21656546      +Chase/cc,    Po Box 15298,    Wilmington, DE 19850-5298
21656547      +Comenity Bank/OneStopPlus.com,    Attention: Bankruptcy,    Po Box 182686,
                Columbus, OH 43218-2686
21656548      +Comenity Bank/Roamans,    Attn: Bankruptcy Department,    PO Box 182789,
                Columbus, OH 43218-2789
21656550      +First National Bank,    Attention:FNN Legal Dept,    1620 Dodge St. Stop Code: 3290,
                Omaha, NE 68197-0003
21892208      +First National Bank of Omaha,    1620 Dodge Street,    Stop Code 3105,    Omaha Ne 68197-0003
21656551      +Franklin America,    501 Corporate Centre Dr. Suite 400,    Franklin, TN 37067-6216
21656556      +HSBC Auto Finance / Santander,    Santander Consumer USA,    Po Box 961245,
                Fort Worth, TX 76161-0244
21656558      +Numark Cu,    P.o. Box 2729,    Joliet, IL 60434-2729
21656559      +Santander Consumer Usa,    8585 N Stemmons Fwy Ste 1100-N,    Dallas, TX 75247-3822
21656560      +Td Bank Usa/targetcred,    Po Box 673,    Minneapolis, MN 55440-0673

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
21948149       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Nov 22 2014 01:56:25
                American InfoSource LP as agent for,    TD Bank, USA,    PO Box 248866,
                Oklahoma City, OK  73124-8866
21656545      +E-mail/Text: bk.notifications@jpmchase.com Nov 22 2014 01:47:56      Chase Auto,
                Attn:National Bankruptcy Dept,    Po Box 29505,    Phoenix, AZ 85038-9505
21656549      +E-mail/Text: fmb.bankruptcy@firstmidwest.com Nov 22 2014 01:48:52      First Midwest Bank,
                PO Box 9003,    Gurnee, IL 60031-9003
21656553      +E-mail/PDF: gecsedi@recoverycorp.com Nov 22 2014 01:53:45      GECRB/Gap,   Attn: Bankruptcy,
                Po Box 103104,    Roswell, GA 30076-9104
21656554      +E-mail/PDF: gecsedi@recoverycorp.com Nov 22 2014 01:56:16      GECRB/JC Penny,
                Attention: Bankruptcy,    Po Box 103104,    Roswell, GA 30076-9104
21656552      +E-mail/PDF: gecsedi@recoverycorp.com Nov 22 2014 01:56:15      Ge Capital Credit Card,
                Attn: Bankruptcy,    Po Box 103104,    Roswell, GA 30076-9104
21656555      +E-mail/PDF: gecsedi@recoverycorp.com Nov 22 2014 01:53:45      Gemb/walmart,   Attn: Bankruptcy,
                Po Box 103104,    Roswell, GA 30076-9104
21656557      +E-mail/Text: bnckohlsnotices@becket-lee.com Nov 22 2014 01:47:30      Kohls/capone,
                N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
21919769       E-mail/Text: bnc-quantum@quantum3group.com Nov 22 2014 01:48:07
                Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,    Kirkland, WA  98083-0788
                                                                                              TOTAL: 9

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 23, 2014                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 20, 2014 at the address(es) listed below:
              Craig  Bizar    on behalf of Debtor Peggi L Fikac-Wlodarczyk craig@bizardoylelaw.com
              Jonathan D Nusgart    on behalf of Creditor    Franklin American Mortgage Company
               nusgart@lawyer.com, nusgart@lawyer.com
              Joseph R Doyle    on behalf of Debtor Peggi L Fikac-Wlodarczyk joe@bizardoylelaw.com,
               jim@bizardoylelaw.com;nicole@bizardoylelaw.com;craig@bizardoylelaw.com
              Nisha B Parikh    on behalf of Creditor    Franklin American Mortgage Company
               nparikh@fal-illinois.com, bankruptcy@fal-illinois.com

```
District/off: 0752-1          User: pseamann            Page 2 of 2            Date Rcvd: Nov 21, 2014
                              Form ID: pdf006           Total Noticed: 24
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          Patrick S Layng   USTPRegion11.ES.ECF@usdoj.gov
          Peter N Metrou    on behalf of Trustee Peter N Metrou met.trustee7@att.net, met.trustee_backup@att.net,pnmlawyer@aol.com,pmetrou@ecf.epiqsystems.com
          Peter N Metrou    met.trustee7@att.net,  met.trustee_backup@att.net,pnmlawyer@aol.com, pmetrou@ecf.epiqsystems.com

                                                                     TOTAL: 7