# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF
### DIVISION

In re:                                          §
                                                §
FIKAC-WLODARCZYK, PEGGI L                       §        Case No. 14-09137
                                                §
            Debtor(s)                           §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Peter N. Metrou, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: *(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $          (see **Exhibit 1**), minus funds paid to the debtor and third parties of $      (see **Exhibit 2**), yielded net receipts of $            from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4)  This case was originally filed under chapter   on   .  The case was pending for   months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By:/s/Peter N. Metrou, Trustee
_____
Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Franklin America 501 Corporate Centre Dr. Suite 400 Franklin, TN 37067 |  |  |  |  |  |
| TOTAL SECURED CLAIMS |  |  | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| PETER N METROU | | | | | |
| PETER N METROU | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Amex/American Express Po Box 3001 16 General Warren Blvd Malvern, PA 19355 | | | | | |
| | Bill Me Later PO Box 105658 Atlanta, GA 30348 | | | | | |
| | Capital 1 Bank Attn: Bankruptcy Dept. Po Box 30285 Salt Lake City, UT 84130 | | | | | |
| | Capital 1 Bank Attn: Bankruptcy Dept. Po Box 30285 Salt Lake City, UT 84130 | | | | | |
| | Chase Auto Attn:National Bankruptcy Dept Po Box 29505 Phoenix, AZ 85038 | | | | | |
| | Chase Auto Attn:National Bankruptcy Dept Po Box 29505 Phoenix, AZ 85038 | | | | | |
| | Chase/cc Po Box 15298 Wilmington, DE 19850 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Comenity Bank/OneStopPlus.com Attention: Bankruptcy Po Box 182686 Columbus, OH 43218 | | | | | |
| | First Midwest Bank PO Box 9003 Gurnee, IL 60031 | | | | | |
| | GECRB/Gap Attn: Bankruptcy Po Box 103104 Roswell, GA 30076 | | | | | |
| | GECRB/JC Penny Attention: Bankruptcy Po Box 103104 Roswell, GA 30076 | | | | | |
| | Ge Capital Credit Card Attn: Bankruptcy Po Box 103104 Roswell, GA 30076 | | | | | |
| | Gemb/walmart Attn: Bankruptcy Po Box 103104 Roswell, GA 30076 | | | | | |
| | HSBC Auto Finance / Santander Santander Consumer USA Po Box 961245 Fort Worth, TX 76161 | | | | | |
| | Numark Cu P.o. Box 2729 Joliet, IL 60434 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Santander Consumer Usa | | | | | |
| | 8585 N Stemmons Fwy Ste | | | | | |
| | 1100-N Dallas, TX 75247 | | | | | |
| 000003 | AMERICAN INFOSOURCE LP AS AGENT FOR | | | | | |
| 000004 | CAPITAL ONE, N.A. | | | | | |
| 000001 | FIRST NATIONAL BANK OF OMAHA | | | | | |
| 000002 | QUANTUM3 GROUP LLC AS AGENT FOR | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 14-09137 | BWB | Judge: BRUCE W. BLACK | | Trustee Name: | Peter N. Metrou, Trustee |
|---|---|---|---|---|---|---|

Case Name:   FIKAC-WLODARCZYK, PEGGI L

Date Filed (f) or Converted (c):   03/13/14 (f)

341(a) Meeting Date:   04/21/14

For Period Ending: 02/12/15

Claims Bar Date:   07/23/14

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Real estate located at 804 Deerpath Lbn, Elwood IL | 117,000.00 | 0.00 | | 0.00 | FA |
| 2. Checking account with Heartland Bank | 81.00 | 0.00 | | 0.00 | FA |
| 3. Miscellaneous used household goods | 1,050.00 | 0.00 | | 0.00 | FA |
| 4. Miscellaneous books, tapes, CD's, etc. | 100.00 | 0.00 | | 0.00 | FA |
| 5. Personal used clothing | 400.00 | 0.00 | | 0.00 | FA |
| 6. Miscellaneous costume jewelry | 80.00 | 0.00 | | 0.00 | FA |
| 7. 401(k) through employer - 100% exempt | 541.00 | 0.00 | | 0.00 | FA |
| 8. 2005 Ford Escape 79,600 miles | 3,125.00 | 0.00 | | 0.00 | FA |
| 9. Mobile Home transfer to son (u) | 28,000.00 | 0.00 | | 7,000.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)          $150,377.00          $0.00          $7,000.00          $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 04/21/15          Current Projected Date of Final Report (TFR): 04/21/15

Page:   1
Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: | 14-09137  -BWB |
| Case Name: | FIKAC-WLODARCZYK, PEGGI L |
| Taxpayer ID No: | *******3653 |
| For Period Ending: | 02/12/15 |

| | |
|---|---|
| Trustee Name: | Peter N. Metrou, Trustee |
| Bank Name: | Associated Bank |
| Account Number / CD #: | *******5116  Checking Account (Non-Interest Earn |
| Blanket Bond (per case limit): | $ 71,065,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 09/18/14 | 9 | D. Bass FBO Peggi L. Fikac<br>no available | Pref Transfer of Mobile Home to Son | 1241-000 | 7,000.00 | | 7,000.00 |
| 12/23/14 | 005001 | PETER N METROU<br>123 W. WASHINGTON STREET<br>SUITE 216<br>OSWEGO, IL  60543 | Chapter 7 Compensation/Expense | | | 1,502.45 | 5,497.55 |
| | | | Fees          1,450.00 | 2100-000 | | | |
| | | | Expenses       52.45 | 2200-000 | | | |
| 12/23/14 | 005002 | First National Bank of Omaha<br>1620 Dodge Street<br>Stop Code 3105<br>Omaha Ne 68197 | Claim 000001, Payment 58.54593% | 7100-000 | | 502.57 | 4,994.98 |
| 12/23/14 | 005003 | Quantum3 Group LLC as agent for<br>Comenity Bank<br>PO Box 788<br>Kirkland, WA 98083-0788 | Claim 000002, Payment 58.54481% | 7100-000 | | 215.24 | 4,779.74 |
| 12/23/14 | 005004 | American InfoSource LP as agent for<br>TD Bank, USA<br>PO Box 248866<br>Oklahoma City, OK 73124-8866 | Claim 000003, Payment 58.54595% | 7100-000 | | 4,509.90 | 269.84 |
| 12/23/14 | 005005 | Capital One, N.A.<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Claim 000004, Payment 58.54759% | 7100-000 | | 269.84 | 0.00 |

Page Subtotals          7,000.00          7,000.00

Ver: 18.04

**FORM 2**                 Page:   2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: | 14-09137  -BWB | |
| Case Name: | FIKAC-WLODARCZYK, PEGGI L | |

Trustee Name:      Peter N. Metrou, Trustee
Bank Name:      Associated Bank
Account Number / CD #:      *******5116  Checking Account (Non-Interest Earn

Taxpayer ID No:   *******3653
For Period Ending:  02/12/15

Blanket Bond (per case limit):  $  71,065,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | 7,000.00 | 7,000.00 | 0.00 |
| Less:  Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 7,000.00 | 7,000.00 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 7,000.00 | 7,000.00 | |

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Checking Account (Non-Interest Earn - *******5116 | 7,000.00 | 7,000.00 | 0.00 |
| | ------------------------- | ------------------------- | ------------------------- |
| | 7,000.00 | 7,000.00 | 0.00 |
| | ============== | ============== | ============== |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals      0.00      0.00

Ver: 18.04